STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLANT
AND CROSS-APPELLEE, *v.* REINHART, ADMR., ET AL., APPELLEES
AND CROSS-APPELLANTS.

[Cite as *State Farm Mut. Auto. Ins. Co. v.
Reinhart* (1995), 71 Ohio St.3d 654.]

(No. 94-2173—Submitted February 21, 1995—Decided April 5, 1995.)

*Hamilton, Kramer, Myers & Cheek* and *James R. Gallagher,* for appellant and cross-appellee.

*Luigia Tenuta,* for appellees and cross-appellants.

The discretionary appeal is not allowed, but the discretionary cross-appeal is allowed. The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Zoppo v. Homestead Ins. Co.* (1994), 71 Ohio St.3d 552, 644 N.E.2d 397.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents for the reasons stated in his dissenting opinion in *Zoppo v. Homestead Ins. Co.* (1994), 71 Ohio St.3d 552, 559–562, 644 N.E.2d 397, 402–404.